

# The Attorney General of Texas

July 9, 1979

**MARK WHITE**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

John W. Holcombe, D.V.M.
Executive Director
Texas Animal Health Commission
P. O. Box 12966
Austin, Texas 78711

Opinion No. MW-31

Re: Whether the executive director of the Texas Animal Health Commission is required to be a veterinarian.

Dear Dr. Holcombe:

You have asked if the executive director of the Texas Animal Health Commission is required to be a veterinarian.

Article 7014f-1, V.T.C.S., provides in part:

> Section 23. The [Animal Health] Commission is hereby authorized to employ a Chief Veterinarian, a first assistant and as many Assistant Veterinarians as may be necessary; also, such other persons as may be necessary for the enforcement of the provisions of this Act, and other Live Stock Sanitary Acts; also, clerks, stenographers, chief clerk and all necessary clerical help.

See also V.T.C.S. art. 7014g-1, § 31 (commission authorized to employ a chief veterinarian and assistant veterinarians for the eradication and control of contagious, infectious, and communicable diseases of livestock).

The term "executive director" does not appear in the statutes relating to the Animal Health Commission, although there is a line item appropriation for an executive director. Acts 1977, 65th Leg., ch. 872, at 2836. Material which you have furnished us indicates that although the executive director has also served as chief veterinarian from 1956 until the present, for the 20 years prior to 1956, the chief administrative officer was not a veterinarian.

In light of the absence of any statutory requirement that the chief administrative officer of the Animal Health Commission also be the chief veterinarian and in light of the past practice of having a director who is not

chief veterinarian, it is our opinion that the executive director of the Animal Health Commission is not required to be a veterinarian.  Of course, a non-veterinarian employed as executive director may not act as chief veterinarian.

### SUMMARY

The Executive Director of the Texas Animal Health Commission is not required to be a veterinarian.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by C. Robert Heath
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
David B. Brooks
Austen Furse
Susan Garrison
Bob Gauss
Rick Gilpin
William G Reid
Bruce Youngblood